

March 31, 2025

**Via CM/ECF**
Hon. James M. Wicks (U.S.M.J.)
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 1020
Central Islip, NY 11722

      RE: Sal Othman, *individually and on behalf of all others similarly situated*, v. Fabletics, Inc.; Case No. 2:25-cv-00370-GRB-JMW

May it Please the Court:

      My firm represents Plaintiff Sal Othman ("Plaintiff"). On January 22, 2025, Plaintiff filed the Complaint in the above-captioned action. [E.C.F. 1]. On January 30, 2025, Defendant Fabletics, Inc. ("Defendant") was served. *See* [E.C.F. 6]. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's deadline to respond to the Complaint was February 20, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). On March 14, 2025, the Court extended this deadline to March 24, 2025. Plaintiff's counsel has been in contact with Defendant. Defendant seeks an additional extension of time of thirty (30) days to respond to the Complaint. Plaintiff has no objection to this extension. Plaintiff is filing this Letter Motion, as Defendant is still in the process of retaining counsel and the Parties have continued to have effective settlement discussions. Should the relief requested herein be granted, Defendant's new deadline to respond to the Complaint would be on or before April 23, 2025.

      Please do not hesitate to contact the undersigned should the Court require anything further on this matter.

      *[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street | Wilton Manors, Florida 33305 | Phone (954) 907-1136 | Fax (855) 529-9540

www.JibraelLaw.com

Respectfully Submitted,

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
New York Bar No.: 6135339
E-mail: zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th St.
Wilton Manors, Florida 33305
Phone: 813-340-8838

*COUNSEL FOR PLAINTIFF*

CC: Ashley Schilling, Esq. (via e-mail)

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
1515 NE 26th Street | Wilton Manors, Florida 33305 | Phone (954) 907-1136 | Fax (855) 529-9540

www.JibraelLaw.com

Page **2** of **2**